McCLURE *v.* SUN OIL CO.

This case is controlled by *McClure* v. *Rex Oil & Gas Co., ante,* 255.

Appeal from Gladwin; Shaffer (John C.), J. Submitted January 14, 1941. (Docket No. 55, Calendar No. 41,318.)  Decided April 8, 1941.

Bill by Grace S. McClure against Sun Oil Company, a corporation, for an accounting and injunctive relief. Bill dismissed. Plaintiff appeals. Reversed and remanded for further proceedings.

*Alfred P. Pierson* (*Frank A. Rockwith,* of counsel), for plaintiff.

*Theodore G. Bowler* (*Effler & Eastman,* of counsel), for defendant.

*Otto, Holland & Otto,* for John Salla and Helen Salla, intervening petitioners.

BOYLES, J. This is an appeal from a decree dismissing plaintiff's bill of complaint on motion by defendant. The questions involved are the same as those in *McClure* v. *Rex Oil & Gas Co., ante,* 255. We adopt the opinion therein as controlling of the instant case.

The decree entered herein is vacated and the cause remanded for further proceedings in accordance herewith. Costs to appellant.

SHARPE, C. J., and BUSHNELL, CHANDLER, NORTH, MCALLISTER, WIEST, and BUTZEL, JJ., concurred.